UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | No. 1:17-cv-00521-DAD-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| WEST COAST WHEELS & TIRES CORPORATION and WAQAR HASSAN, | (Doc. 14) |
| Defendants. | |

On September 27, 2017, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 14.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 29, 2017**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE